# Third District Court of Appeal

## State of Florida

Opinion filed June 26, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0569
Lower Tribunal Nos. F07-29675, F07-30119, F07-31374,
F07-31928A, F07-34008, F17-16667

_____

**Andrew Wallace, a/k/a Andrew Stanley,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Andrew Wallace, a/k/a Andrew Stanley, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.